**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   WILLIE WOOTEN JR                          CASE NO: 09-26770
         JACINTA M WOOTEN                          CHAPTER 13

         DEBTORS(S)                                JUDGE:  JACQUELINE P COX

                                                   NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   SPECIALIZED LOAN SERVICING

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0010 | 9171414 GRANVILLE | $ 700.01 | $ 1,100.00 | $ 1,100.00 |

Total Amount Paid the Trustee                                              $   1,100.00

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X  Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the rd  day of    August, 2012.

Debtor(s)                                                                          Debtors Attorney
JACINTA M WOOTEN
WILLIE WOOTEN JR                                                       ROBERT J SEMRAD & ASSOC LLC
414 GRANVILLE ST                                                          20 S CLARK ST 28TH FLR
BELLWOOD IL 60104                                                       CHICAGO IL 606030000

Mortgage Arrearage Creditor

SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD #300
HIGHLANDS RANCH CO 80129

Electronic Service US Trustee

Date: August 21, 2012                                                      /s/ Tom Vaughn

                                                                                       Tom Vaughn, Chapter 13 Trustee
                                                                                       Chapter 13 Trustee
                                                                                       55 East Monroe Street, Suite 3850
                                                                                       Chicago, Ill   60603